UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Lemuel Cooper, et al.,

        Plaintiffs,

vs.                                                 Case No.  3:10-cv-280-J-34MCR

City of Starke, Florida, et al.,

        Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Extension of Time to Effectuate Service (Doc. 53) filed July 8, 2011.  Plaintiffs request an additional sixty days, from July 8, 2011, within which to effectuate service of process upon individual Defendants.   The Court finds Plaintiffs have demonstrated good cause sufficient to warrant an extension of time.  See Zachery v. Thigpen, 895 F. Supp. 1472, 1474 (M.D. Ala. 1995).  However, the Court believes Plaintiff has failed to show sufficient need for such a large extension.  As such, the Court will grant Plaintiffs a thirty day extension of time in which to perfect service upon individual Defendants.

        Accordingly, after due consideration, it is

        **ORDERED**:

        Plaintiffs' Motion for Extension of Time to Effectuate Service (Doc. 53) is **GRANTED in part**.  Plaintiffs shall have an extension of time until **Monday, August 8, 2011** in which to effectuate service upon individual Defendants.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  12th   day of July, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party